| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

LEONARDO M. LOZANO, §
§
    Plaintiff, §
§
versus §   CIVIL ACTION NO. 1:14-CV-196
§
ARTIS JONES, *et al.*, §
§
    Defendants. §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    Plaintiff Leonardo M. Lozano, proceeding *pro se*, filed this civil rights lawsuit. The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.

    Defendants Weaver, Duncan, Billeaud and Lee have filed a Partial Motion to Dismiss. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the motion be granted.

    The court has received the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. No objections were filed to the Report and Recommendation.

### ORDER

    Accordingly, the findings of fact act and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. The Partial Motion to Dismiss is **GRANTED**. All claims asserted against defendants Weaver, Duncan, Billeaud and Lee in their official capacities are **DISMISSED**.

    SIGNED at Beaumont, Texas, this 3rd day of March, 2017.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE