| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

LEONARDO M. LOZANO, §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:14-CV-196
§
VIRGIL D. WEAVER, §
§
    Defendant. §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Leonardo M. Lozano filed this civil rights lawsuit. The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending this case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. No objections were filed.

### ORDER

Accordingly, the findings of fact act and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A final judgment shall be entered dismissing this action. The dismissal of this lawsuit is based on plaintiff's failure to provide the court with a current address. If plaintiff wishes to have this case reinstated on the court's docket, he may do so by providing a current address within 30 days of the date set forth below.

    SIGNED at Beaumont, Texas, this 4th day of August, 2017.

                                                          MARCIA A. CRONE
                                       UNITED STATES DISTRICT JUDGE